## THE STATE v. PHELPS.

ON a criminal prosecution, it was moved — That the state's attorney might testify what the prisoner had disclosed to him, upon an application to be admitted a witness for the state; which the court refused, and said — Disclosures, under such circumstances, to the attorney, ought to be considered as confidential, and it would tend to defeat the benefits the public may derive from them, should they be made use of to the prejudice of those from whom they come.